IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

NEW YORK TIMES COMPANY, et al.,

Plaintiffs-Appellees,

v.

DEPARTMENT OF DEFENSE, also known as DEPARTMENT OF WAR, et al.,

Defendants-Appellants.

No. 26-5253

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1), the undersigned counsel certifies as follows:

### A.  Parties and Amici

Plaintiffs-appellees are the New York Times Company and Julian E. Barnes. Defendants-appellants are the Department of Defense, also known as the Department of War; Pete Hegseth, in his official capacity as Secretary of Defense; Sean Parnell, in his official capacity as Chief Pentagon Spokesman; and Timothy Parlatore, in his official capacity as Special Advisor to the Secretary of Defense.

There were no amici or intervenors in district court nor in this Court as of this filing.

**B.     Rulings Under Review**

The rulings under review are the Memorandum Opinion and Order entered in *New York Times Co. v. Department of Defense*, No. 26-cv-1690 (D.D.C.) (Dkt. Nos. 16 & 17), by the Honorable Paul L. Friedman on June 30, 2026. The Memorandum Opinion is not yet published but is available at 2026 WL 1872765.

**C.     Related Cases**

This case was not previously before this Court. There is one pending related case in this Court: *New York Times Co. v. U.S. Department of Defense*, No. 26-5113 (D.C. Cir.).

Respectfully submitted,

BRAD HINSHELWOOD
JACK STARCHER

*/s/ Sean R. Janda*
SEAN R. JANDA
(202) 514-3388
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C. 20530

July 2026