# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-5253**

**September Term, 2025**

**1:26-cv-01690-PLF**

**Filed On:** July 7, 2026

New York Times Company and Julian E. Barnes,

      Appellees

      v.

United States Department of Defense, also known as Department of War, et al.,

      Appellants

**BEFORE:** Henderson, Millett, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for stay pending appeal, it is

**ORDERED**, on the court's own motion, that appellees file a response to the emergency motion by 4:00 p.m. on Friday, July 10, 2026. Any reply is due by 4:00 p.m. on Monday, July 13, 2026.

## Per Curiam

                                **FOR THE COURT:**
                                Clifton B. Cislak, Clerk

                      BY:    /s/
                                  Selena R. Gancasz
                                  Deputy Clerk