ORAL ARGUMENT NOT YET SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NEW YORK TIMES COMPANY, et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, also known as DEPARTMENT OF WAR, et al.,<br><br>Defendants-Appellants. | No. 26-5253 |

**STATEMENT OF POTENTIAL ISSUES TO BE RAISED**

The issue on appeal is whether the district court erred in granting plaintiffs a preliminary injunction prohibiting defendants from implementing as to them a requirement that journalists be accompanied by an escort when inside the Pentagon. Potential subsidiary issues include: (1) whether the district court erred in concluding that the escort requirement constitutes material adverse action that would chill an ordinary journalist in the exercise of his First Amendment rights; (2) whether the district court erred in concluding that plaintiffs had demonstrated the requisite causal nexus between their protected activity and the issuance of the requirement; and (3)

whether the district court erred in concluding that the relevant equitable factors supported preliminary injunctive relief.

Respectfully submitted,

BRAD HINSHELWOOD
JACK STARCHER

*/s/ Sean R. Janda*
SEAN R. JANDA
(202) 514-3388
Attorneys, Appellate Staff
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

July 2026