**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7260
Washington, DC 20530

Tel: (202) 514-3388

August 25, 2026

VIA CM/ECF

Clifton Cislak, Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, NW
Washington, DC 20001

RE: *New York Times Co. v. Department of Defense*,
No. 26-5253 (D.C. Cir.)
Not Yet Scheduled for Oral Argument

Dear Mr. Cislak:

I am the government attorney responsible for oral argument in the above-captioned appeal. I will be unavailable for argument due to international travel from September 29, 2026, through October 15, 2026. I am writing to respectfully request that the Court not schedule argument in this case on those dates. Thank you for your consideration.

Sincerely,

*/s/ Sean R. Janda*
Sean R. Janda

cc: Counsel of Record (via CM/ECF)