ORAL ARGUMENT NOT YET SCHEDULED

**No. 26-5253**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

NEW YORK TIMES COMPANY, *et al.*,

*Plaintiffs–Appellees*

v.

DEPARTMENT OF DEFENSE A/K/A DEPARTMENT OF WAR, *et al.*,

*Defendants–Appellants.*

On appeal from the United States District Court for the
District of Columbia — No. 26-CV-1690 (Friedman, J.)

**NOTICE OF THE KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY TO PARTICIPATE AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS-APPELLEES**

Katherine Fallow
Jake Karr
Jameel Jaffer
Alex Abdo
KNIGHT FIRST AMENDMENT INSTITUTE
AT COLUMBIA UNIVERSITY
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
katie.fallow@knightcolumbia.org

*Counsel for* Amicus Curiae

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 28(a)(1)(A), *amicus curiae* the Knight First Amendment Institute at Columbia University certifies that it has no parent corporations and that no publicly held corporation owns 10 percent or more of its stock.

**NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO PARTICIPATE AS *AMICUS CURIAE***

Pursuant to Federal Rule of Appellate Procedure 29(a)(2) and D.C. Circuit Rule 29(b), the Knight First Amendment Institute at Columbia University hereby gives notice of its intent to participate as *amicus curiae* in this case and file a brief in support of Plaintiffs–Appellees. All parties have consented to the filing of this brief.

Dated: September 8, 2026

Respectfully submitted,

*/s/ Katherine Fallow*

Katherine Fallow
Jake Karr
Jameel Jaffer
Alex Abdo
KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
katie.fallow@knightcolumbia.org

*Counsel for* Amicus Curiae

**CERTIFICATE OF SERVICE**

I certify that on September 8, 2026, I electronically filed the foregoing with the Clerk of the U.S. Court of Appeals for the D.C. Circuit via the Court's CM/ECF system. Counsel for all parties will be electronically served via the Court's CM/ECF system.

Dated: September 8, 2026

*/s/ Katherine Fallow*
Katherine Fallow