# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5253** **September Term, 2026**

**1:26-cv-01690-PLF**

**Filed On: November 5, 2026** **[2202013]**

New York Times Company and Julian E. Barnes,

Appellees

v.

United States Department of Defense, also known as Department of War, et al.,

Appellants

**O R D E R**

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for November 16, 2026, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellant | - | 15 Minutes |
| Appellee | - | 15 Minutes |

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Henderson and Millett, and Senior Circuit Judge Rogers.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by November 9, 2026.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)