# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5253** **September Term, 2026**

**1:26-cv-01690-PLF**

**Filed On: November 16, 2026** [2203447]

New York Times Company and Julian E. Barnes,

Appellees

v.

United States Department of Defense, also known as Department of War, et al.,

Appellants

**BEFORE:** Circuit Judges Henderson and Millett, and Senior Circuit Judge Rogers

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Monday, November 16, 2026 at 09:35 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

Sean R. Janda (DOJ), counsel for Appellant.

Theodore J. Boutrous Jr., counsel for Appellee.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Anne A. Rothenberger
Deputy Clerk